Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                    04/19

If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Ohio River Laboratory /iPath, LLC** |
| 2. | **All other names debtor used in the last 8 years** | |
| | Include any assumed names, trade names and *doing business as* names | |

3. **Debtor's federal Employer Identification Number (EIN)**    _4_ _6_ – _1_ _3_ _1_ _9_ _9_ _9_ _8_

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **6776 Southwest Freeway** | |
| Number    Street | Number    Street |
| **Suite 600** | |
| | P.O. Box |
| **Houston**            **TX**    **77074** | |
| City                State    ZIP Code | City                State    ZIP Code |
| **Harris** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number    Street |
| | |
| | City                State    ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other.  Specify: _____

**7. Describe debtor's business**

*A. Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11.   *Check all that apply:*

      ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

      ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

      ☐ A plan is being filed with this petition.

      ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

      ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

      ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes. District _____ When _____ Case number _____
                                              MM / DD / YYYY

         District _____ When _____ Case number _____
                                              MM / DD / YYYY

         District _____ When _____ Case number _____
                                              MM / DD / YYYY

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.  Debtor _____  Relationship _____

List all cases.  If more than 1, attach a separate list.

District _____  When _____
MM / DD / YYYY

Case number, if known _____

Debtor _____  Relationship _____

District _____  When _____
MM / DD / YYYY

Case number, if known _____

**11.  Why is the case filed in _this district_?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?**  *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**

_____
Number      Street

_____

_____
City                          State      ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

## Statistical and adminstrative information

**13.  Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

| 14. | Estimated number of creditors | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|---|
| | | ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | | ☐ 200-999 | | |

| 15. | Estimated assets | ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|---|
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. | Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|---|
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **01/15/2020** _____
MM / DD / YYYY

X **/s/ Mitali Shah** _____          **Mitali Shah** _____
Signature of authorized representative of debtor          Printed name

Title **President** _____

18. **Signature of attorney**

X **/s/ Russell Van Beustring** _____          Date **01/15/2020** _____
Signature of attorney for debtor          MM / DD / YYYY

**Russell Van Beustring** _____
Printed name

**The Lane Law Firm, PLLC** _____
Firm name

**6200 Savoy Dr., Suite 1150** _____
Number          Street

_____

**Houston** _____          **TX** _____          **77036-3300** _____
City          State          ZIP Code

**(713) 595-8200** _____          _____
Contact phone          Email address

**02275115** _____          **TX** _____
Bar number          State

**Fill in this information to identify the case:**

Debtor Name  **Ohio River Laboratory /iPath, LLC**

United States Bankruptcy Court for the:  **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an
amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

### Part 1:   Summary of Assets

1.  *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

    1a.  **Real property:**
        Copy line 88 from Schedule A/B.................................................................................. | **$0.00**

    1b.  **Total personal property:**
        Copy line 91A from Schedule A/B................................................................................ | **$17,061.45**

    1c.  **Total of all property:**
        Copy line 92 from Schedule A/B.................................................................................. | **$17,061.45**

### Part 2:   Summary of Liabilities

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................... | **$0.00**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a.  **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of Schedule E/F................................................ | **$0.00**

    3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F............................. | **+ $1,637,028.42**

4.  **Total liabilities**
    Lines 2 + 3a + 3b...................................................................................................... | **$1,637,028.42**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re **Ohio River Laboratory /iPath, LLC**

Case No. _____

Chapter **11**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept................................................Fixed Fee: __**$35,000.00**__

Prior to the filing of this statement I have received........................................................ __**$35,000.00**__

Balance Due............................................................................................................ __**$0.00**__

2. The source of the compensation paid to me was:
   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **01/15/2020** | **/s/ Russell Van Beustring** | |
| --- | --- | --- |
| *Date* | *Russell Van Beustring* | Bar No.  02275115 |
| | The Lane Law Firm, PLLC | |
| | 6200 Savoy Dr., Suite 1150 | |
| | Houston, TX 77036-3300 | |
| | Phone: (713) 595-8200 / Fax: (713) 595-8201 | |

Fill in this information to identify the case

Debtor name      **Ohio River Laboratory /iPath, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.  Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases.  Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible.  If more space is needed, attach a separate sheet to this form.  At the top of any pages added, write the debtor's name and case number (if known).  Also identify the form and line number to which the additional information applies.  If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category.  List each asset only once.  In valuing the debtor's interest, do not deduct the value of secured claims.  See the instructions to understand the terms used in this form.

## Part 1:      Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☑ Yes.  Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**                    **Current value of
                                                                                           debtor's interest**

2.  **Cash on hand**                                                                      _____

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of
                                                                                    account number

   3.1.  **Spirit of Texas Checking account xxxx9661**    **Checking account**    9  6  6  1          $1,031.45

4.  **Other cash equivalents**      *(Identify all)*

   Name of institution (bank or brokerage firm)

5.  **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets).  Copy the total to line 80.          | $1,031.45 |

## Part 2:   Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**

   ☑ No.  Go to Part 3.
   ☐ Yes.  Fill in the information below.

Debtor **Ohio River Laboratory /iPath, LLC**  Case number (if known) _____
Name

**Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

9. **Total of Part 2.**
   Add lines 7 through 8. Copy the total to line 81.  **$0.00**

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ☒ Yes. Fill in the information below.

    **Current value of debtor's interest**

11. **Accounts receivable**

11a. 90 days old or less: **$9,600.00** – **$0.00** = ............➜ **$9,600.00**
     face amount                doubtful or uncollectible accounts

11b. Over 90 days old: **$2,600,000.00** – **$2,600,000.00** = ............➜ **$0.00**
     face amount                doubtful or uncollectible accounts

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.  **$9,600.00**

## Part 4: Investments

13. **Does the debtor own any investments?**

    ☒ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

    **Valuation method used for current value**  **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                    % of ownership:

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

17. **Total of Part 4**
    Add lines 14 through 16. Copy the total to line 83.  **$0.00**

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☒ No. Go to Part 6.
    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$0.00

**24. Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
     ☐ No
     ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.
    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| **Desks, chairs, lab stools, tables, filing cabinets** | _____ | _____ | $3,430.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Computer equipment, lab equipment (medical gloves, pipettes, ect)** | _____ | _____ | $3,000.00 |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other
    artwork; books, pictures, or other art objects; china and crystal; stamp, coin,
    or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.                    | $6,430.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☑ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☑ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.                   | $0.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 9:    Real property

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes.  Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | | | | |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.    **$0.00**

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 10:    Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60. Patents, copyrights, trademarks, and trade secrets**

**61. Internet domain names and websites**

**62. Licenses, franchises, and royalties**

**63. Customer lists, mailing lists, or other compilations**

**64. Other intangibles, or intellectual property**

**65. Goodwill**

**66. Total of Part 10.**

Add lines 60 through 65.  Copy the total to line 89.    **$0.00**

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☑ No.  Go to Part 12.
    ☐ Yes.  Fill in the information below.

                                                                        **Current value of
                                                                        debtor's interest**

71. **Notes receivable**

    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature,
    including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

78. **Total of Part 11.**                                               |  **$0.00** |
    Add lines 71 through 77.  Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $1,031.45 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $9,600.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $6,430.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.................................................➜ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column.   91a. | $17,061.45 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92.............................................................................. $17,061.45

**Fill in this information to identify the case:**

Debtor name    **Ohio River Laboratory /iPath, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
   amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|

**2.1**   **Creditor's name**
_____

**Creditor's mailing address**
_____
_____
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account
number** ___ ___ ___ ___

**Do multiple creditors have an interest in
the same property?**

☐ No

☐ Yes. Specify each creditor, including this
    creditor, and its relative priority.

**Describe debtor's property that is
subject to a lien**
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**

☐ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

_____    _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the
Additional Page, if any.**      _____ **$0.00**

Fill in this information to identify the case:

Debtor    **Ohio River Laboratory /iPath, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with
NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim.
Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G:
Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left.
If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**

   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**    Priority creditor's name and mailing address

_____

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account
number**   ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a)( _____ )

**As of the petition filing date, the
claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No
☐ Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.**  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $31,635.06 |
|---|---|---|---|

**AB Sciex**

**1201 Radio Road**

_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Redwood City**      **CA**    **94065**     **Vendor**

Date or dates debt was incurred    __2017-2019__

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $158,313.84 |
|---|---|---|---|

**ABN Billing**

**24460 Highway 383**

_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Iowa**      **LA**    **70647**     **Business Expenses**

Date or dates debt was incurred    __2017-2018__

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,817.07 |
|---|---|---|---|

**ADT**

**P.O. BOX 371878**

_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Pittsburgh**      **PA**    **15250**     **Business Expenses**

Date or dates debt was incurred    __2017-2018__

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $16,000.00 |
|---|---|---|---|

**AEON Clinical Laboratories**

**2225 Centennial Drive**

_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Gainesville**      **GA**    **30504**     **Business Expenses**

Date or dates debt was incurred    __2017-2018__

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.5**   **Nonpriority creditor's name and mailing address**

**AEP**

**1 Riverside Plaza**

_____

**Columbus**      **OH**    **43215**

Date or dates debt was incurred    **2017-2018**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Expenses**

Is the claim subject to offset?
☑ No
☐ Yes

$1,245.76

---

**3.6**   **Nonpriority creditor's name and mailing address**

**Airgas USA, LLC**

**P.O. Box 734671**

_____

**Dallas**      **TX**    **75373**

Date or dates debt was incurred    **2017-2018**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Expenses**

Is the claim subject to offset?
☑ No
☐ Yes

$441.08

---

**3.7**   **Nonpriority creditor's name and mailing address**

**Alief ISD**

**4250 Cook Rd**

_____

**Houston**      **TX**    **77072**

Date or dates debt was incurred    **2017-2018**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Expenses**

Is the claim subject to offset?
☑ No
☐ Yes

$717.75

---

**3.8**   **Nonpriority creditor's name and mailing address**

**Amigo Energy**

**PO Box 3607**

_____

**Houston**      **TX**    **77253**

Date or dates debt was incurred    **2017-2018**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Expenses**

Is the claim subject to offset?
☑ No
☐ Yes

$4,243.07

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| **3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,289.22 |

**Anne Harris Bennett**

**7300 N Shepherd Dr**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Houston**     **TX**    **77091**

Basis for the claim: **Business Expenses**

Date or dates debt was incurred    **2017-2018**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| **3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,994.81 |

**Ascentium Capital**

**5447 E. 5th Street**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Tucson**     **AZ**    **85711**

Basis for the claim: **Business Loan**

Date or dates debt was incurred    **2017-2018**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| **3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $560.00 |

**Biotek Services, Inc**

**5310 S Laburnum Ave**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Henrico**     **VA**    **23231**

Basis for the claim: **Vendor**

Date or dates debt was incurred    **2017-2018**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| **3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,718.06 |

**Campbell Science**

**641 S. Main St**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Rockford**     **IL**    **61101**

Basis for the claim: **Vendor**

Date or dates debt was incurred    **2017-2018**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.13 | Nonpriority creditor's name and mailing address |
|---|---|

**Cerilliant Corporation**

**811 Paloma Drive**

**Suite A**

**Round Rock**            TX      78665

Date or dates debt was incurred      2017-2018

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$14,077.17

| 3.14 | Nonpriority creditor's name and mailing address |
|---|---|

**CNA Insurance**

**PO Box 74007619**

**Chicago**            IL      60674

Date or dates debt was incurred      2017-2018

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$2,720.48

| 3.15 | Nonpriority creditor's name and mailing address |
|---|---|

**Columbia Gas of Ohio**

**PO Box 4629**

**Carol Stream**            IL      60197

Date or dates debt was incurred      2017-2018

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Expenses**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$177.71

| 3.16 | Nonpriority creditor's name and mailing address |
|---|---|

**Concord Life Sciences**

**5151 Mitchelldale St**

**Houston**            TX      77092

Date or dates debt was incurred      2017-2018

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$75,000.00

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page.

Amount of claim

---

**3.17**    Nonpriority creditor's name and mailing address

**Control Waste Services**

**15912 Hollister St**

**Houston**      **TX**    **77066**

Date or dates debt was incurred    **2017-2018**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Expenses**

Is the claim subject to offset?
☑ No
☐ Yes

**$315.21**

---

**3.18**    Nonpriority creditor's name and mailing address

**Culligan of Central Ohio**

**8260 Howe Industrial Pkwy**

**Canal Winchester**      **OH**    **43110**

Date or dates debt was incurred    **2016-2017**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Expenses**

Is the claim subject to offset?
☑ No
☐ Yes

**$189.64**

---

**3.19**    Nonpriority creditor's name and mailing address

**Culligan of Houston**

**5450 Guhn Rd**

**Houston**      **TX**    **77040**

Date or dates debt was incurred    **2017-2018**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Expenses**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,336.84**

---

**3.20**    Nonpriority creditor's name and mailing address

**Doran and Johnston PLLC**

**10701 Corporate Dr**

**#238**

**Stafford**      **TX**    **77477**

Date or dates debt was incurred    **2018**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Expenses**

Is the claim subject to offset?
☑ No
☐ Yes

**$200.00**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,237.31 |
|---|---|---|---|

**Eclinical Works**

**2 Technology Drive**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Westborough                 MA    01581**

Basis for the claim:  **Vendor**

Date or dates debt was incurred   **2017-2018**

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,000.00 |
|---|---|---|---|

**Elite Bio Reference Laboratory, Inc.**

**6776 Southwest Freeway**

**Suite 620**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Houston                 TX    77074**

Basis for the claim:  **Business Loan**

Date or dates debt was incurred   **2018-2019**

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,640.11 |
|---|---|---|---|

**ExpoTech**

**10700 Rockely Road**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Houston                 TX    77099**

Basis for the claim:  **Business Expenses**

Date or dates debt was incurred   **2017-2018**

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17,041.80 |
|---|---|---|---|

**Faruki Ireland Cox Rhinehart & Dusing**

**110 North Main St**

**Ste 1600**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Dayton                 OH    45402**

Basis for the claim:  **Business Expenses**

Date or dates debt was incurred   **2017-2018**

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.25 | Nonpriority creditor's name and mailing address |

**Fisher Scientific**

**PO Box 40475**

**Atlanta**                    **GA      30384**

Date or dates debt was incurred    **2017-2018**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:    **Vendor**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$6,094.63

| 3.26 | Nonpriority creditor's name and mailing address |

**Forward Financing LLC**

**100 Summer Street**

**Suite 1175**

**Boston**                    **MA      02110**

Date or dates debt was incurred    **2019**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Basis for the claim:    **Merchant Cash Advance Loan**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$113,413.12

| 3.27 | Nonpriority creditor's name and mailing address |

**Fox Capital Group**

**65 Broadway**

**Suite 804**

**New York**                    **NY      10006**

Date or dates debt was incurred    **2019**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Basis for the claim:    **Merchant Cash Advance Loan**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$9,628.84

| 3.28 | Nonpriority creditor's name and mailing address |

**Gary E. Patterson, P.C.**

**1214 Elgin Street**

**Houston**                    **TX      77004**

Date or dates debt was incurred    **2019**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:    **Legal fees**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$8,145.00

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $565.00 |
|---|---|---|---|

__Golden West Diagnostics__

__42191 Sarah Way__

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

__Temecula__                    __CA__    __92590__

Basis for the claim:    __Vendor__

Date or dates debt was incurred    __2017-2018__

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.30 | Nonpriority creditor's name and mailing address | | $219.56 |
|---|---|---|---|

__Immunalysis Corporation__

__829 Towne Center Dr__

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

__Pomona__                    __CA__    __91767__

Basis for the claim:    __Vendor__

Date or dates debt was incurred    __2017-2018__

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.31 | Nonpriority creditor's name and mailing address | | $7,840.50 |
|---|---|---|---|

__IPFS Corporation__

__PO Box 412086__

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

__Kansas City__                    __MO__    __64141__

Basis for the claim:    __Insurance__

Date or dates debt was incurred    __2017-2018__

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.32 | Nonpriority creditor's name and mailing address | | $40,708.00 |
|---|---|---|---|

__LG Funding__

__1218 Union St__

__Suite 2__

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

__Brooklyn__                    __NY__    __11256__

Basis for the claim:    __Merchant Cash Advance Loan__

Date or dates debt was incurred    __2019__

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

Debtor   **Ohio River Laboratory /iPath, LLC**            Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.       **Amount of claim**

| 3.33 | Nonpriority creditor's name and mailing address |

**Liles Parker, PLLC**

**2121 Wisconsin Ave NW**

**Suite 200**

**Washington**            **DC    20007**

Date or dates debt was incurred    **2017-2018**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Expenses**

Is the claim subject to offset?
☑ No
☐ Yes

**$9,315.00**

---

| 3.34 | Nonpriority creditor's name and mailing address |

**Lisa Bates-Dubrow**

**9451 Scanlan Heights Ln**

**Missouri City**            **TX    77459**

Date or dates debt was incurred    **2018-2019**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Judgment**

Is the claim subject to offset?
☑ No
☐ Yes

**$50,000.00**

---

| 3.35 | Nonpriority creditor's name and mailing address |

**Logan Laboratories**

**5050 W Lemon St**

**Tampa**            **FL    33609**

Date or dates debt was incurred    **2017-2018**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$750.00**

---

| 3.36 | Nonpriority creditor's name and mailing address |

**Logix Communication**

**2950 N Loop W**

**Houston**            **TX    77092**

Date or dates debt was incurred    **2017-2018**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Expenses**

Is the claim subject to offset?
☑ No
☐ Yes

**$628.58**

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.37 | Nonpriority creditor's name and mailing address |
| --- | --- |

As of the petition filing date, the claim is:
*Check all that apply.*

$38,362.00

**Mantis Funding**

☐ Contingent

**315 Madison Ave**

☐ Unliquidated

☑ Disputed

_____

Basis for the claim:

| **New York** | **NY** | **10017** |
| --- | --- | --- |

**Merchant Cash Advance Loan**

Date or dates debt was incurred     **2019**

Is the claim subject to offset?

☑ No

Last 4 digits of account number     __ __ __ __

☐ Yes

| 3.38 | Nonpriority creditor's name and mailing address |
| --- | --- |

As of the petition filing date, the claim is:
*Check all that apply.*

$450,000.00

**MedArbor LLC**

☐ Contingent

**200 Rittenhouse Circle**

☐ Unliquidated

**East Building Suite 3**

☑ Disputed

_____

Basis for the claim:

| **Bristol** | **PA** | **19007** |
| --- | --- | --- |

**Judgment**

Date or dates debt was incurred     **2019**

Is the claim subject to offset?

☑ No

Last 4 digits of account number     __ __ __ __

☐ Yes

| 3.39 | Nonpriority creditor's name and mailing address |
| --- | --- |

As of the petition filing date, the claim is:
*Check all that apply.*

$790.00

**MedSharps**

☐ Contingent

**PO Box 91139**

☐ Unliquidated

☐ Disputed

_____

Basis for the claim:

| **San Antonio** | **TX** | **78209** |
| --- | --- | --- |

**Vendor**

Date or dates debt was incurred     **2017-2018**

Is the claim subject to offset?

☑ No

Last 4 digits of account number     __ __ __ __

☐ Yes

| 3.40 | Nonpriority creditor's name and mailing address |
| --- | --- |

As of the petition filing date, the claim is:
*Check all that apply.*

$7,405.00

**NMS Labs**

☐ Contingent

**200 Welsh Road**

☐ Unliquidated

☐ Disputed

_____

Basis for the claim:

| **Horsham** | **PA** | **19044** |
| --- | --- | --- |

**Vendor**

Date or dates debt was incurred     **2017-2018**

Is the claim subject to offset?

☑ No

Last 4 digits of account number     __ __ __ __

☐ Yes

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.41** | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,716.99

**Peak Scientific**

**19 Sterling Rd**

**Suite 1**

Basis for the claim:

**North Billerica**　　　　**MA**　　**01862**

**Vendor**

Date or dates debt was incurred　　**2017-2018**

Is the claim subject to offset?

Last 4 digits of account number　　__ __ __ __

☑ No
☐ Yes

---

| **3.42** | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,002.35

**Pearson & Bernard PSC**

**178 Barnwood Dr**

Basis for the claim:

**Edgewood**　　　　**KY**　　**41017**

**Business Expenses**

Date or dates debt was incurred　　**2017-2018**

Is the claim subject to offset?

Last 4 digits of account number　　__ __ __ __

☑ No
☐ Yes

---

| **3.43** | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

$86,500.00

**Power Up Lending Group**

**111 Great Neck Road**

**Suite 216**

Basis for the claim:

**Great Neck**　　　　**NY**　　**11021**

**Merchant Cash Advance Loan**

Date or dates debt was incurred　　**2019**

Is the claim subject to offset?

Last 4 digits of account number　　__ __ __ __

☑ No
☐ Yes

---

| **3.44** | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$12,540.00

**Prince Edward Management, LLC**

**3406 Hicks Street**

Basis for the claim:

**Houston**　　　　**TX**　　**77007**

**Consultants**

Date or dates debt was incurred　　**2018-2019**

Is the claim subject to offset?

Last 4 digits of account number　　__ __ __ __

☑ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page.

Amount of claim

---

**3.45**    Nonpriority creditor's name and mailing address

$277,732.12

Quest Diagnostics

One Malcolm Avenue

Teterboro       NJ    07608

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
Judgment

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.46**    Nonpriority creditor's name and mailing address

$8,600.00

Quest National Services

210 W 13th St

Houston       TX    77008

Date or dates debt was incurred   2018-2019

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Vendor

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.47**    Nonpriority creditor's name and mailing address

$10,500.00

Redwood Laboratory Services

25321 Interstate 45 N Suite C

Spring       TX    77380

Date or dates debt was incurred   2019

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Business Loan

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.48**    Nonpriority creditor's name and mailing address

$6,412.85

Restek Corporation

PO Box 4276

Lancaster       PA    17604

Date or dates debt was incurred   2017-2018

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Vendor

Is the claim subject to offset?
☑ No
☐ Yes

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,289.91 |

RPS Consulting, Inc

289 West Vanebrake Blvd

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Hattiesburg      MS    39402

**Basis for the claim:** Vendor

Date or dates debt was incurred    2017-2018

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,775.00 |

Southwest Atrium

6776 Southwest Freeway

Suite 587

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Houston      TX    77074

**Basis for the claim:** Contract/Lease

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Office lease

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,024.29 |

Suddenlink Communications

PO Box 742698

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Cincinnati      OH    45274

**Basis for the claim:** Utility

Date or dates debt was incurred    2017-2018

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $51,000.00 |

TKA Health Care, Inc

PO Box 5459

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Pasadena      TX    77508

**Basis for the claim:** Vendor

Date or dates debt was incurred    2017-2018

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,683.69 |

Check all that apply.

**UPS**

☐ Contingent

**400 White Clay Center Drive**

☐ Unliquidated

☐ Disputed

**Newark**                          **DE    19711**

Basis for the claim:

**Business Expenses**

Date or dates debt was incurred    **2017-2018**

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,474.00 |

Check all that apply.

**Westfield Insurance**

☐ Contingent

**One Park Circle**

☐ Unliquidated

**P.O.Box 5001**

☐ Disputed

**Westfield Center**                **OH    44251**

Basis for the claim:

**Vendor**

Date or dates debt was incurred    **2017-2018**

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be
     listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

     **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages
     are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1**    **Executive Financial Enterprises, Inc** <br> **1636 N Wilcox Ave** <br> **#680** <br><br> **Los Angeles**     **CA**    **90028** | Line   **3.53** <br><br> ☐ Not listed.  Explain: | __ __ __ __ |
| **4.2**    **Internal Revenue Service** <br> **P.O. Box 7346** <br><br> **Philadelphia**     **PA**    **19101-7346** | Line   _____ <br><br> ☑ Not listed.  Explain: <br> **Required Notification** | __ __ __ __ |
| **4.3**    **Paranjpe & Mahadass, LLP** <br> **3701 Kirby Drive, Suite 530** <br><br> **Houston**     **TX**    **77098** <br> **A/R Collection Agreement** | Line   _____ <br><br> ☑ Not listed.  Explain: <br> **Contract/Lease** | __ __ __ __ |
| **4.4**    **Quantum Analytics** <br> **3400 East Third Avenue** <br><br> **San Mateo**     **CA**    **94404** | Line   _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| **4.5**    **Stuart-Lippman** <br> **5447 E. 5th Street** <br> **Suite 110** <br><br> **Tucson**     **AZ**    **85711** | Line   **3.10** <br><br> ☐ Not listed.  Explain: | __ __ __ __ |
| **4.6**    **Totz Ellison & Totz PC** <br> **2211 Norfolk St** <br><br> **Houston**     **TX**    **77098** | Line   **3.49** <br><br> ☐ Not listed.  Explain: | __ __ __ __ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.    **Add the amounts of priority and nonpriority unsecured claims.**

**Total of claim amounts**

5a.  **Total claims from Part 1**                                          5a.  _____ **$0.00**

5b.  **Total claims from Part 2**                                          5b.  **+** _____ **$1,637,028.42**

5c.  **Total of Parts 1 and 2**                                            5c.  **$1,637,028.42**
      Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name     **Ohio River Laboratory /iPath, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number     _____     Chapter     **11**
(if known)

☐ Check if this is an
   amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.  **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **A/R Contingency Collection Agreement** |
| | State the term remaining | |
| | List the contract number of any government contract | |

**Paranjpe & Mahadass, LLP**
**3701 Kirby Drive, Suite 530**

**Houston                    TX        77098**

| | | |
|---|---|---|
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | **Office lease located at: 6776 Southwest Freeway Suite 600 Houston, TX 77074 Contract to be ASSUMED Contract is in DEFAULT** |
| | State the term remaining | **18** |
| | List the contract number of any government contract | |

**Southwest Atrium**
**6776 Southwest Freeway**
**Suite 587**

**Houston                    TX        77074**

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | **Ohio River Laboratory /iPath, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors                                                12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1.   **Does the debtor have any codebtors?**

☐   No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

☑   Yes

2.   **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1   Leena Shah | **14626 Bradford Colony Dr**<br>Number        Street<br><br>**Houston          TX    77084**<br>City                          State   ZIP Code | **Mantis Funding** | ☐ D<br>☑ E/F<br>☐ G |
| 2.2   Leena Shah | **14626 Bradford Colony Dr**<br>Number        Street<br><br>**Houston          TX    77084**<br>City                          State   ZIP Code | **Power Up Lending Group** | ☐ D<br>☑ E/F<br>☐ G |
| 2.3   Leena Shah | **14626 Bradford Colony Dr**<br>Number        Street<br><br>**Houston          TX    77084**<br>City                          State   ZIP Code | **Forward Financing LLC** | ☐ D<br>☑ E/F<br>☐ G |
| 2.4   Leena Shah | **14626 Bradford Colony Dr**<br>Number        Street<br><br>**Houston          TX    77084**<br>City                          State   ZIP Code | **Fox Capital Group** | ☐ D<br>☑ E/F<br>☐ G |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1:  **Codebtor** | Column 2:  **Creditor** |
|---|---|

|  | | Name | Mailing address | Name | *Check all schedules that apply:* |
|---|---|---|---|---|---|

**2.5 Leena Shah**

14626 Bradford Colony Dr
*Number      Street*

Houston       TX    77084
*City                 State   ZIP Code*

**LG Funding**
- ☐ D
- ☑ E/F
- ☐ G

**2.6 Mitali Shah**

1900 Genessee Street
*Number      Street*

#205

Houston       TX    77006
*City                 State   ZIP Code*

**Mantis Funding**
- ☐ D
- ☑ E/F
- ☐ G

**2.7 Mitali Shah**

1900 Genessee Street
*Number      Street*

#205

Houston       TX    77006
*City                 State   ZIP Code*

**Power Up Lending Group**
- ☐ D
- ☑ E/F
- ☐ G

**2.8 Mitali Shah**

1900 Genessee Street
*Number      Street*

#205

Houston       TX    77006
*City                 State   ZIP Code*

**Forward Financing LLC**
- ☐ D
- ☑ E/F
- ☐ G

**2.9 Mitali Shah**

1900 Genessee Street
*Number      Street*

#205

Houston       TX    77006
*City                 State   ZIP Code*

**Fox Capital Group**
- ☐ D
- ☑ E/F
- ☐ G

**2.10 Mitali Shah**

1900 Genessee Street
*Number      Street*

#205

Houston       TX    77006
*City                 State   ZIP Code*

**LG Funding**
- ☐ D
- ☑ E/F
- ☐ G

**2.11 Uday Shah**

14626 Bradford Colony Dr
*Number      Street*

Houston       TX    77084
*City                 State   ZIP Code*

**Mantis Funding**
- ☐ D
- ☑ E/F
- ☐ G

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
|---|---|---|---|

| | Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| **2.12** | Uday Shah | 14626 Bradford Colony Dr<br>Number    Street<br><br>Houston    TX    77084<br>City    State    ZIP Code | Power Up Lending Group | ☐ D<br>☑ E/F<br>☐ G |
| **2.13** | Uday Shah | 14626 Bradford Colony Dr<br>Number    Street<br><br>Houston    TX    77084<br>City    State    ZIP Code | LG Funding | ☐ D<br>☑ E/F<br>☐ G |
| **2.14** | Uday Shah | 14626 Bradford Colony Dr<br>Number    Street<br><br>Houston    TX    77084<br>City    State    ZIP Code | Fox Capital Group | ☐ D<br>☑ E/F<br>☐ G |
| **2.15** | Uday Shah | 14626 Bradford Colony Dr<br>Number    Street<br><br>Houston    TX    77084<br>City    State    ZIP Code | Forward Financing LLC | ☐ D<br>☑ E/F<br>☐ G |

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

In re: **Ohio River Laboratory /iPath, LLC**

CASE NO

CHAPTER   **11**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

    1. Gross Income for 12 Months Prior to Filing:    **$60,000.00**

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

    2. Gross Monthly Income:    **$62,500.00**

PART C - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

| | |
|---|---|
| 3. Net Employee Payroll (Other Than Debtor): | **$25,000.00** |
| 4. Payroll Taxes: | **$5,000.00** |
| 5. Unemployment Taxes: | **$0.00** |
| 6. Worker's Compensation: | **$0.00** |
| 7. Other Taxes: | **$0.00** |
| 8. Inventory Purchases (including raw materials): | **$0.00** |
| 9. Purchase of Feed/Fertilizer/Seed/Spray: | **$0.00** |
| 10. Rent (other than debtor's principal residence): | **$5,500.00** |
| 11. Utilities: | **$400.00** |
| 12. Office Expenses and Supplies: | **$5,000.00** |
| 13. Repairs and Maintenance: | **$3,000.00** |
| 14. Vehicle Expenses: | **$0.00** |
| 15. Travel and Entertainment: | **$2,000.00** |
| 16. Equipment Rental and Leases: | **$7,000.00** |
| 17. Legal/Accounting/Other Professional Fees: | **$0.00** |
| 18. Insurance: | **$0.00** |
| 19. Employee Benefits (e.g., pension, medical, etc.): | **$0.00** |
| 20. Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts (Specify): | **None** |
| 21. Other (Specify): | **None** |
| 22. Total Monthly Expenses (Add items 3 - 21) | **$52,900.00** |

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

    23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2):    **$9,600.00**

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

- ☐ Amended Schedule _____

- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **01/15/2020**          X **/s/ Mitali Shah**
     MM / DD / YYYY          Signature of individual signing on behalf of debtor

                                **Mitali Shah**
                                Printed name

                                **President**
                                Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **Ohio River Laboratory /iPath, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

---

| Part 1: | Income |
|---|---|

**1. Gross revenue from business**

☐ None

**Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year**

**Sources of revenue**
Check all that apply.

**Gross revenue**
(before deductions
and exclusions

| | | | | Sources of revenue | Gross revenue |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2020**<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other _____ | **$0.00** |
| **For prior year:** | From **01/01/2019**<br>MM / DD / YYYY | to | **12/31/2019**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$84,894.88** |
| **For the year before that:** | From **01/01/2018**<br>MM / DD / YYYY | to | **12/31/2018**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$48,731.00** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

---

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825.  (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☑ None

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

## Part 3:  Legal Actions or Assignments

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | VWR International, LLC v. Ohio River Laboratory/IPath, LLC | breach of contract | **Harris County Civil Court #3** <br> Name <br> **Harris County Civil Courthouse** <br> Street <br> **201 Caroline, 5th Floor** | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | Case number <br> **1121239** | | **Houston**   **TX**   **77002-1900** <br> City   State   ZIP Code | |
| 7.2. | Quest Diagnostics, Inc. v. Ohio River Laboratory/IPath, LLC | breach of contract | **133rd Civil Court** <br> Name <br> **Harris County Civil Courthouse** <br> Street <br> **201 Caroline, 11th Floor** | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | Case number <br> **2018-60601** | | **Houston**   **TX**   **77002** <br> City   State   ZIP Code | |

|      | Case title | Nature of case | Court or agency's name and address | Status of case |
|------|------------|----------------|-----------------------------------|----------------|
| 7.3. | Lisa Bates-Dubrow v. Ohio River Laboratory/IPath, LLC | Breach of contract | **District Court of Fort Bend County**<br>Name<br>**268th District Court**<br>Street<br>**301 Jackson St** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
|      | Case number<br>**18-DCV-257404** |  | **Richmond        TX      77469**<br>City                State  ZIP Code |  |
| 7.4. | US Specialty Labs v. Ohio River Laboratory | breach of contract | **164th Judicial District Court**<br>Name<br>**Harris County Civil Courthouse**<br>Street<br>**201 Caroline, 12th Floor** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
|      | Case number<br>**201968445** |  | **Houston         TX      77002**<br>City                State  ZIP Code |  |

8.  **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4:     Certain Gifts and Charitable Contributions

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

## Part 5:     Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

---

**Part 6:**    **Certain Payments or Transfers**

---

**11.** **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.   **The Lane Law Firm, PLLC** | | **10/4/2019** | **$15,000.00** |

**Address**

**6200 Savoy Dr., Suite 1150**
Street

**Houston**      **TX**     **77036-3300**
City              State      ZIP Code

**Email or website address**

_____

**Who made the payment, if not debtor?**

**Stephen MacLauchlan**

| Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2.   **The Lane Law Firm, PLLC** | | **12/5/2019** | **$20,000.00** |

**Address**

**6200 Savoy Dr., Suite 1150**
Street

**Houston**      **TX**     **77036-3300**
City              State      ZIP Code

**Email or website address**

_____

**Who made the payment, if not debtor?**

**Redwood Laboratory Servcies**

**12.** **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

## Part 7:   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | | | Dates of occupancy | | |
|---|---|---|---|---|---|
| 14.1. **10414 Rockley Road** | | | From | **8/15** | To | **3/18** |
| Street | | | | | |
| **Houston** | **TX** | **77099** | | | |
| City | State | ZIP Code | | | |

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

■ diagnosing or treating injury, deformity, or disease, or

■ providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained _____

        Does the debtor have a privacy policy about that information?
        ☐ No.
        ☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No.  Go to Part 10.
☑ Yes.  Does the debtor serve as plan administrator?
        ☑ No.  Go to Part 10.
        ☐ Yes.  Fill in below:

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes. Provide details below.

**23.** **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

**24.** **Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25.** **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

**26.** **Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | | | Dates of service | | | |
|---|---|---|---|---|---|---|---|
| 26a.1. | **Rick Crellin** | | | From | **2016** | To | **2018** |
| | Name | | | | | | |
| | **404 Oxford St., Apt 1332** | | | | | | |
| | Street | | | | | | |
| | | | | | | | |
| | **Houston** | **TX** | **77007** | | | | |
| | City | State | ZIP Code | | | | |

| | Name and address | | | Dates of service | | | |
|---|---|---|---|---|---|---|---|
| 26a.2. | **Rajinder Seghal, CPA** | | | From | **2015** | To | **Present** |
| | Name | | | | | | |
| | **14847 Tuttle Point Drive** | | | | | | |
| | Street | | | | | | |
| | | | | | | | |
| | **Houston** | **TX** | **77082** | | | | |
| | City | State | ZIP Code | | | | |

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Rajinder Sehgal, CPA** | |
| | Name | |
| | **14847 Tuttle Point Drive** | |
| | Street | |
| | | |
| | **Houston**    **TX**    **77082** | |
| | City        State      ZIP Code | |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a
financial statement within 2 years before filing this case.

☑ None

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.
☐ Yes.  Give the details about the two most recent inventories.

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders,
or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **Leena Shah** | **14626 Bradford Colony Drive Houston, TX 77084** | **Member** | **50%** |
| **Mitali Shah** | **14626 Bradford Colony Drive Houston, TX 77084** | **Member** | **50%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners,
members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws,
bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes.  Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. **Naga Naidu** <br> Name <br> **6938 Pebble Ridge Trail** <br> Street <br><br> **Missouri City    TX    77459** <br> City    State    ZIP Code <br><br> **Relationship to debtor** <br> **Scientific Director** | **Annual Salary** <br> **$90,000.00** | **monthly** | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes.  Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes.  Identify below.

Debtor    __Ohio River Laboratory /iPath, LLC_____    Case number (if known) _____
          Name

## Part 14:    Signature and Declaration

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __01/15/2020_____
          MM / DD / YYYY

X **/s/ Mitali Shah**_____    Printed name  **Mitali Shah**_____
   Signature of individual signing on behalf of the debtor

   Position or relationship to debtor  **President**_____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No
☐ Yes

□ Check if this is an
amended filing

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Ohio River Laboratory /iPath, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | |

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | MedArbor LLC 200 Rittenhouse Circle East Building Suite 3 Bristol, PA 19007 | | Judgment | Disputed | | | $450,000.00 |
| 2 | Quest Diagnostics One Malcolm Avenue Teterboro, NJ 07608 | | Judgment | Disputed | | | $277,732.12 |
| 3 | ABN Billing 24460 Highway 383 Iowa, LA 70647 | | Business Expenses | Disputed | | | $158,313.84 |
| 4 | Forward Financing LLC 100 Summer Street Suite 1175 Boston, MA 02110 | | Merchant Cash Advance Loan | Disputed | | | $113,413.12 |
| 5 | Power Up Lending Group 111 Great Neck Road Suite 216 Great Neck, NY 11021 | | Merchant Cash Advance Loan | Disputed | | | $86,500.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If the claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6   Concord Life Sciences<br>5151 Mitchelldale St<br>Houston, TX 77092 | | Vendor | | | | $75,000.00 |
| 7   TKA Health Care, Inc<br>PO Box 5459<br>Pasadena, TX 77508 | | Vendor | Disputed | | | $51,000.00 |
| 8   Lisa Bates-Dubrow<br>9451 Scanlan Heights Ln<br>Missouri City, TX 77459 | | Judgment | Disputed | | | $50,000.00 |
| 9   LG Funding<br>1218 Union St<br>Suite 2<br>Brooklyn, NY 11256 | | Merchant Cash Advance Loan | Disputed | | | $40,708.00 |
| 10   Mantis Funding<br>315 Madison Ave<br>New York, NY 10017 | | Merchant Cash Advance Loan | Disputed | | | $38,362.00 |
| 11   AB Sciex<br>1201 Radio Road<br>Redwood City, CA 94065 | | Vendor | Disputed | | | $31,635.06 |
| 12   Southwest Atrium<br>6776 Southwest Freeway<br>Suite 587<br>Houston, TX 77074 | | Contract/Lease | | | | $30,775.00 |
| 13   RPS Consulting, Inc<br>289 West Vanebrake Blvd<br>Hattiesburg, MS 39402 | | Vendor | Disputed | | | $20,289.91 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14  Faruki Ireland Cox Rhinehart & Dusing 110 North Main St Ste 1600 Dayton, OH 45402 | | Business Expenses | | | | $17,041.80 |
| 15  Elite Bio Reference Laboratory, Inc. 6776 Southwest Freeway Suite 620 Houston, TX 77074 | | Business Loan | | | | $16,000.00 |
| 16  AEON Clinical Laboratories 2225 Centennial Drive Gainesville, GA 30504 | | Business Expenses | Disputed | | | $16,000.00 |
| 17  Cerilliant Corporation 811 Paloma Drive Suite A Round Rock, TX 78665 | | Vendor | | | | $14,077.17 |
| 18  Ascentium Capital 5447 E. 5th Street Tucson, AZ 85711 | | Business Loan | Disputed | | | $13,994.81 |
| 19  UPS 400 White Clay Center Drive Newark, DE 19711 | | Business Expenses | | | | $13,683.69 |
| 20  Prince Edward Management, LLC 3406 Hicks Street Houston, TX 77007 | | Consultants | | | | $12,540.00 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Ohio River Laboratory /iPath, LLC**                                    CASE NO

                                                                                  CHAPTER   **11**

## VERIFICATION OF CREDITOR MATRIX

       The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  1/15/2020 _____                    Signature  **/s/ Mitali Shah** _____
                                                              **Mitali Shah**
                                                              **President**

Date _____                               Signature _____

AB Sciex
1201 Radio Road
Redwood City, CA 94065

Ascentium Capital
5447 E. 5th Street
Tucson, AZ 85711

Culligan of Houston
5450 Guhn Rd
Houston, TX 77040

ABN Billing
24460 Highway 383
Iowa, LA 70647

Biotek Services, Inc
5310 S Laburnum Ave
Henrico, VA 23231

Doran and Johnston PLLC
10701 Corporate Dr
#238
Stafford, TX 77477

ADT
P.O. BOX 371878
Pittsburgh, PA 15250

Campbell Science
641 S. Main St
Rockford, IL 61101

Eclinical Works
2 Technology Drive
Westborough, MA 01581

AEON Clinical Laboratories
2225 Centennial Drive
Gainesville, GA 30504

Cerilliant Corporation
811 Paloma Drive
Suite A
Round Rock, TX 78665

Elite Bio Reference Laboratory,
6776 Southwest Freeway
Suite 620
Houston, TX 77074

AEP
1 Riverside Plaza
Columbus, OH 43215

CNA Insurance
PO Box 74007619
Chicago, IL 60674

Executive Financial Enterprises
1636 N Wilcox Ave
#680
Los Angeles, CA 90028

Airgas USA, LLC
P.O. Box 734671
Dallas, TX 75373

Columbia Gas of Ohio
PO Box 4629
Carol Stream, IL 60197

ExpoTech
10700 Rockely Road
Houston, TX 77099

Alief ISD
4250 Cook Rd
Houston, TX 77072

Concord Life Sciences
5151 Mitchelldale St
Houston, TX 77092

Faruki Ireland Cox Rhinehart &
110 North Main St
Ste 1600
Dayton, OH 45402

Amigo Energy
PO Box 3607
Houston, TX 77253

Control Waste Services
15912 Hollister St
Houston, TX 77066

Fisher Scientific
PO Box 40475
Atlanta, GA 30384

Anne Harris Bennett
7300 N Shepherd Dr
Houston, TX 77091

Culligan of Central Ohio
8260 Howe Industrial Pkwy
Canal Winchester, OH 43110

Forward Financing LLC
100 Summer Street
Suite 1175
Boston, MA 02110

Fox Capital Group
65 Broadway
Suite 804
New York, NY 10006

Lisa Bates-Dubrow
9451 Scanlan Heights Ln
Missouri City, TX 77459

Paranjpe & Mahadass, LLP
3701 Kirby Drive, Suite 530
Houston, TX 77098

Gary E. Patterson, P.C.
1214 Elgin Street
Houston, TX 77004

Logan Laboratories
5050 W Lemon St
Tampa, FL 33609

Peak Scientific
19 Sterling Rd
Suite 1
North Billerica, MA 01862

Golden West Diagnostics
42191 Sarah Way
Temecula, CA 92590

Logix Communication
2950 N Loop W
Houston, TX 77092

Pearson & Bernard PSC
178 Barnwood Dr
Edgewood, KY 41017

Immunalysis Corporation
829 Towne Center Dr
Pomona, CA 91767

Mantis Funding
315 Madison Ave
New York, NY 10017

Power Up Lending Group
111 Great Neck Road
Suite 216
Great Neck, NY 11021

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

MedArbor LLC
200 Rittenhouse Circle
East Building Suite 3
Bristol, PA 19007

Prince Edward Management, LLC
3406 Hicks Street
Houston, TX 77007

IPFS Corporation
PO Box 412086
Kansas City, MO 64141

MedSharps
PO Box 91139
San Antonio, TX 78209

Quantum Analytics
3400 East Third Avenue
San Mateo, CA 94404

Leena Shah
14626 Bradford Colony Dr
Houston, TX 77084

Mitali Shah
1900 Genessee Street
#205
Houston, TX 77006

Quest Diagnostics
One Malcolm Avenue
Teterboro, NJ 07608

LG Funding
1218 Union St
Suite 2
Brooklyn, NY 11256

NMS Labs
200 Welsh Road
Horsham, PA 19044

Quest National Services
210 W 13th St
Houston, TX 77008

Liles Parker, PLLC
2121 Wisconsin Ave NW
Suite 200
Washington, DC 20007

Ohio River Laboratory /iPath, L.
6776 Southwest Freeway
Suite 600
Houston, TX 77074

Redwood Laboratory Services
25321 Interstate 45 N Suite C
Spring, TX 77380

```
Restek Corporation              Westfield Insurance
PO Box 4276                     One Park Circle
Lancaster, PA 17604             P.O.Box 5001
                                Westfield Center, OH 44251


RPS Consulting, Inc
289 West Vanebrake Blvd
Hattiesburg, MS 39402


Southwest Atrium
6776 Southwest Freeway
Suite 587
Houston, TX 77074


Stuart-Lippman
5447 E. 5th Street
Suite 110
Tucson, AZ 85711


Suddenlink Communications
PO Box 742698
Cincinnati, OH 45274


TKA Health Care, Inc
PO Box 5459
Pasadena, TX 77508


Totz Ellison & Totz PC
2211 Norfolk St
Houston, TX 77098


Uday Shah
14626 Bradford Colony Dr
Houston, TX 77084


UPS
400 White Clay Center Drive
Newark, DE 19711
```

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:                                                                CHAPTER  **11**

**Ohio River Laboratory /iPath, LLC**


DEBTOR(S)                                                        CASE NO


# LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Leena Shah 14626 Bradford Colony Dr Houston, TX 77084 | common | | |
| Mitali Shah 1900 Genesee St #205 Houston, TX 77006 | common | | |

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____**President**_____ of the _____**Corporation**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date:__**1/15/2020**_____        Signature:__**/s/ Mitali Shah**_____
                                                                                    ***Mitali Shah***
                                                                                    **President**

Form **1120S**

## U.S. Income Tax Return for an S Corporation

▶ Do not file this form unless the corporation has filed or is
attaching Form 2553 to elect to be an S corporation.
▶ Go to *www.irs.gov/Form1120S* for instructions and the latest information.

OMB No. 1545-0123

Department of the Treasury
Internal Revenue Service

**2018**

For calendar year 2018 or tax year beginning _____ , ending _____

| | | |
|---|---|---|
| **A** S election effective date 6/1/2015 | **Name** OHIO RIVER LABORATORIES LLC | **D** Employer identification number 46-1319998 |
| **B** Business activity code number (see instructions) 522110 | **TYPE OR PRINT** Number, street, and room or suite no. If a P.O. box, see instructions. 14626 BRADFORD COLONY DR | **E** Date incorporated 10/30/2012 |
| | City or town HOUSTON  State TX  ZIP code 77084 | **F** Total assets (see instructions) |
| **C** Check if Sch. M-3 attached ☐ | Foreign country name   Foreign province/state/county   Foreign postal code | $ 0 |

**G** Is the corporation electing to be an S corporation beginning with this tax year?  ☐ Yes  ☐ No If "Yes," attach Form 2553 if not already filed

**H** Check if: **(1)** ☐ Final return **(2)** ☐ Name change **(3)** ☐ Address change **(4)** ☐ Amended return **(5)** ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year . . . . . . . . . . . . . . . ▶ 2

**Caution:** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

### Income

| | | | | |
|---|---|---|---|---|
| **1a** | Gross receipts or sales . . . . . . . . . . . . . . . . | **1a** | 48,731 | |
| **b** | Returns and allowances . . . . . . . . . . . . . . . . | **1b** | | |
| **c** | Balance. Subtract line 1b from line 1a . . . . . . . . . . . . . . . . . . . . . . . | **1c** | 48,731 |
| **2** | Cost of goods sold (attach Form 1125-A) . . . . . . . . . . . . . . . . . . . . . | **2** | |
| **3** | Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . . . . . . . . . . . | **3** | 48,731 |
| **4** | Net gain (loss) from Form 4797, line 17 (attach Form 4797) . . . . . . . . . . . . . | **4** | |
| **5** | Other income (loss) (see instructions—attach statement) . . . . . . . . . . . . . . | **5** | |
| **6** | **Total income (loss).** Add lines 3 through 5 . . . . . . . . . . . . . . . . . . ▶ | **6** | 48,731 |

### Deductions (see instructions for limitations)

| | | | |
|---|---|---|---|
| **7** | Compensation of officers (see instructions — attach Form 1125-E) . . . . . . . . . . | **7** | |
| **8** | Salaries and wages (less employment credits) . . . . . . . . . . . . . . . . . . | **8** | 147,992 |
| **9** | Repairs and maintenance . . . . . . . . . . . . . . . . . . . . . . . . . . | **9** | |
| **10** | Bad debts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **10** | |
| **11** | Rents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **11** | 3,500 |
| **12** | Taxes and licenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **12** | 11,552 |
| **13** | Interest (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . | **13** | |
| **14** | Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) . . . | **14** | 100,468 |
| **15** | Depletion **(Do not deduct oil and gas depletion.)** . . . . . . . . . . . . . . . . | **15** | |
| **16** | Advertising . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **16** | |
| **17** | Pension, profit-sharing, etc., plans . . . . . . . . . . . . . . . . . . . . . . | **17** | |
| **18** | Employee benefit programs . . . . . . . . . . . . . . . . . . . . . . . . . | **18** | |
| **19** | Other deductions (attach statement) . . . . . . . . . . . . . . . . . . . . . . | **19** | 15,938 |
| **20** | **Total deductions.** Add lines 7 through 19 . . . . . . . . . . . . . . . . . . ▶ | **20** | 279,450 |
| **21** | **Ordinary business income (loss).** Subtract line 20 from line 6 . . . . . . . . . . . | **21** | -230,719 |

### Tax and Payments

| | | | | |
|---|---|---|---|---|
| **22a** | Excess net passive income or LIFO recapture tax (see instructions) . . . | **22a** | | |
| **b** | Tax from Schedule D (Form 1120S) . . . . . . . . . . . . | **22b** | | |
| **c** | Add lines 22a and 22b (see instructions for additional taxes) . . . . . . . . . . . | **22c** | 0 |
| **23a** | 2018 estimated tax payments and 2017 overpayment credited to 2018 . . | **23a** | | |
| **b** | Tax deposited with Form 7004 . . . . . . . . . . . . . . | **23b** | | |
| **c** | Credit for federal tax paid on fuels (attach Form 4136) . . . . . . . . | **23c** | | |
| **d** | Refundable credit from Form 8827, line 8c . . . . . . . . . . | **23d** | | |
| **e** | Add lines 23a through 23d . . . . . . . . . . . . . . . . . . . . . . . . . | **23e** | 0 |
| **24** | Estimated tax penalty (see instructions). Check if Form 2220 is attached . . . . . . . . ▶ ☐ | **24** | |
| **25** | **Amount owed.** If line 23e is smaller than the total of lines 22c and 24, enter amount owed . . . . . . . | **25** | 0 |
| **26** | **Overpayment.** If line 23e is larger than the total of lines 22c and 24, enter amount overpaid . . . . . . . | **26** | 0 |
| **27** | Enter amount from line 26: **Credited to 2019 estimated tax** ▶ _____ **Refunded** ▶ | **27** | 0 |

### Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ Signature of officer _____ Date _____  Title _____

May the IRS discuss this return with the preparer shown below (see instructions)?  ☒ Yes  ☐ No

### Paid Preparer Use Only

| | | | | |
|---|---|---|---|---|
| Print/Type preparer's name RAJINDER SEHGAL | Preparer's signature RAJINDER SEHGAL | Date 9/7/2019 | Check ☒ if self-employed | PTIN P00879911 |
| Firm's name ▶ RAJINDER SEHGAL CPA INC | | Firm's EIN ▶ 46-4536187 | | |
| Firm's address ▶ 14847 TUTTLE POINT DR | | Phone no. (832) 782-8272 | | |
| City HOUSTON | State TX | ZIP code 77082 | | |

**For Paperwork Reduction Act Notice, see separate instructions.**  Form **1120S** (2018)

HTA

Form 1120S (2018)　　OHIO RIVER LABORATORIES LLC　　　　　　　　　　　　　　46-1319998　　Page **2**

| **Schedule B** | **Other Information** (see instructions) | | | | | Yes | No |
|---|---|---|---|---|---|---|---|

**1** Check accounting method: **a** ☐ Cash **b** ☒ Accrual

　　　　　　　　　　　　　　**c** ☐ Other (specify) ▶ _____

**2** See the instructions and enter the:

　**a** Business activity ▶ MEDICAL LABORATORIES　　**b** Product or service ▶ MEDICAL TESTS

**3** At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation | | | | | | | X |

**4** At the end of the tax year, did the corporation:

　**a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) is 100%, Enter the Date (if any) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

　**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . . . . . . . . . | | | | | | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**5a** At the end of the tax year, did the corporation have any outstanding shares of restricted stock? . . . . . . . . . . . . . | | | | | | | X |

　If "Yes," complete lines (i) and (ii) below.

　　**(i)**　Total shares of restricted stock . . . . . . . . . . . . . ▶ _____

　　**(ii)**　Total shares of non-restricted stock . . . . . . . . . . . ▶ _____

　**b** At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? . . . . . | | | | | | | X |

　If "Yes," complete lines (i) and (ii) below.

　　**(i)**　Total shares of stock outstanding at the end of the tax year　　▶ _____

　　**(ii)**　Total shares of stock outstanding if all instruments were executed　▶ _____

**6** Has this corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide information on any reportable transaction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | | | X |

**7** Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . . . ▶ ☐

　If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments.

**8** If the corporation **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation **and** **(b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years (see instructions) ▶ $ _____

**9** Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | | | X |

**10** Does the corporation satisfy one of the following conditions and the corporation doesn't own a pass-through entity with current year, or prior year carryover, excess business interest expense? See instructions . . . . . . . . . . . . . . . . | | | | | | X | |

　**a** The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year don't exceed $25 million, and the corporation isn't a tax shelter; or

　**b** The corporation only has business interest expense from (1) an electing real property trade or business, (2) an electing farming business, or (3) certain utility businesses under section 163(j)(7).

　　If "No," complete and attach Form 8990.

**11** Does the corporation satisfy **both** of the following conditions?

　**a** The corporation's total receipts (see instructions) for the tax year were less than $250,000 . . . . . . . . . . . . . . . | | | | | | | X |

　**b** The corporation's total assets at the end of the tax year were less than $250,000 . . . . . . . . . . . . . . . . . . . | | | | | | X | |

　　If "Yes," the corporation is not required to complete Schedules L and M-1.

Form **1120S** (2018)

| Schedule B | Other Information (see instructions) *(continued)* | | Yes | No |
|---|---|---|---|---|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | | X |
| | If "Yes," enter the amount of principal reduction . . . . . . . . . . . . ▶ $ | | | |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions . . . . . | | | X |
| 14a | Did the corporation make any payments in 2018 that would require it to file Form(s) 1099? . . . . . . . . . . . . . . | | | |
| b | If "Yes," did the corporation file or will it file required Forms 1099? . . . . . . . . . . . . . . . . . . . . | | | |
| 15 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? . . . . . . . . . . . . . . | | | X |
| | If "Yes," enter the amount from Form 8996, line 13 . . . . . . . . ▶ $ | | | |

| Schedule K | | Shareholders' Pro Rata Share Items | | Total amount |
|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary business income (loss) (page 1, line 21) . . . . . . . . . . . . . . | 1 | -230,719 |
| | 2 | Net rental real estate income (loss) (attach Form 8825) . . . . . . . . . . . | 2 | |
| | 3a | Other gross rental income (loss) . . . . . . . . . . . | 3a | |
| | b | Expenses from other rental activities (attach statement) . . . . | 3b | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a . . . . . . . . | 3c | 0 |
| | 4 | Interest income . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 | |
| | 5 | Dividends: **a** Ordinary dividends . . . . . . . . . . . . . . . . . . . | 5a | |
| | | **b** Qualified dividends . . . . . . . . . . . . . | 5b | |
| | 6 | Royalties. . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120S)) . . . . . . | 7 | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120S)) . . . . . . | 8a | |
| | b | Collectibles (28%) gain (loss) . . . . . . . . . | 8b | |
| | c | Unrecaptured section 1250 gain (attach statement) . . . . . . . | 8c | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) . . . . . . . . . . . | 9 | |
| | 10 | Other income (loss) (see instructions) . . . . . Type ▶ | 10 | |
| **Deductions** | 11 | Section 179 deduction (attach Form 4562) . . . . . . . . . . . . . . . | 11 | |
| | 12a | Charitable contributions . . . . . . . . . . . . . . . . . . . . . . | 12a | |
| | b | Investment interest expense . . . . . . . . . . . . . . . . . . . . | 12b | |
| | c | Section 59(e)(2) expenditures    **(1)** Type ▶ _____    **(2)** Amount ▶ | 12c(2) | |
| | d | Other deductions (see instructions) . . . . . . Type ▶ | 12d | |
| **Credits** | 13a | Low-income housing credit (section 42(j)(5)) . . . . . . . . . . . . . . | 13a | |
| | b | Low-income housing credit (other) . . . . . . . . . . . . . . . . . . | 13b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) . . . | 13c | |
| | d | Other rental real estate credits (see instructions) . . Type ▶ | 13d | |
| | e | Other rental credits (see instructions) . . . . . . . Type ▶ | 13e | |
| | f | Biofuel producer credit (attach Form 6478) . . . . . . . . . . . . . | 13f | |
| | g | Other credits (see instructions) . . . . . . . . . . . . . Type ▶ | 13g | |
| **Foreign Transactions** | 14a | Name of country or U.S. possession   ▶ _____ | | |
| | b | Gross income from all sources . . . . . . . . . . . . . . . . . . . | 14b | |
| | c | Gross income sourced at shareholder level . . . . . . . . . . . . . . | 14c | |
| | | Foreign gross income sourced at corporate level | | |
| | d | Section 951A category . . . . . . . . . . . . . . . . . . . . . | 14d | |
| | e | Foreign branch category . . . . . . . . . . . . . . . . . . . . . | 14e | |
| | f | Passive category . . . . . . . . . . . . . . . . . . . . . . . . | 14f | |
| | g | General category . . . . . . . . . . . . . . . . . . . . . . . . | 14g | |
| | h | Other (attach statement) . . . . . . . . . . . . . . . . . . . . . | 14h | |
| | | Deductions allocated and apportioned at shareholder level | | |
| | i | Interest expense . . . . . . . . . . . . . . . . . . . . . . . . | 14i | |
| | j | Other . . . . . . . . . . . . . . . . . . . . . . . . . . . | 14j | |
| | | Deductions allocated and apportioned at corporate level to foreign source income | | |
| | k | Section 951A category . . . . . . . . . . . . . . . . . . . . . | 14k | |
| | l | Foreign branch category . . . . . . . . . . . . . . . . . . . . . | 14l | |
| | m | Passive category . . . . . . . . . . . . . . . . . . . . . . . . | 14m | |
| | n | General category . . . . . . . . . . . . . . . . . . . . . . . . | 14n | |
| | o | Other (attach statement) . . . . . . . . . . . . . . . . . . . . . | 14o | |
| | | Other information | | |
| | p | Total foreign taxes (check one):   ▶ ☐ Paid   ☐ Accrued  . . . . . . . . | 14p | |
| | q | Reduction in taxes available for credit (attach statement) . . . . . . . . . | 14q | |
| | r | Other foreign tax information (attach statement) | | |

| Schedule K | Shareholders' Pro Rata Share Items *(continued)* | | Total amount | |
|---|---|---|---|---|

| | | | | | Total amount |
|---|---|---|---|---|---|
| **Alternative Minimum Tax (AMT) Items** | 15a | Post-1986 depreciation adjustment . . . . . . . . . . . . . . . . . . . . . | | 15a | |
| | b | Adjusted gain or loss . . . . . . . . . . . . . . . . . . . . . . . . . | | 15b | |
| | c | Depletion (other than oil and gas) . . . . . . . . . . . . . . . . . . . . | | 15c | |
| | d | Oil, gas, and geothermal properties—gross income . . . . . . . . . . . . . . | | 15d | |
| | e | Oil, gas, and geothermal properties—deductions . . . . . . . . . . . . . . | | 15e | |
| | f | Other AMT items (attach statement) . . . . . . . . . . . . . . . . . . . | | 15f | |
| **Items Affecting Shareholder Basis** | 16a | Tax-exempt interest income . . . . . . . . . . . . . . . . . . . . . . | | 16a | |
| | b | Other tax-exempt income . . . . . . . . . . . . . . . . . . . . . . . | | 16b | |
| | c | Nondeductible expenses . . . . . . . . . . . . . . . . . . . . . . . | | 16c | |
| | d | Distributions (attach statement if required) (see instructions) . . . . . . . . . . | | 16d | |
| | e | Repayment of loans from shareholders . . . . . . . . . . . . . . . . . . | | 16e | |
| **Other Information** | 17a | Investment income . . . . . . . . . . . . . . . . . . . . . . . . . | | 17a | |
| | b | Investment expenses . . . . . . . . . . . . . . . . . . . . . . . . | | 17b | |
| | c | Dividend distributions paid from accumulated earnings and profits . . . . . . . . . | | 17c | |
| | d | Other items and amounts (attach statement) | | | |
| **Recon-ciliation** | 18 | **Income/loss reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14p . | | 18 | -230,719 |

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | **Assets** | (a) | (b) | (c) | (d) |
| 1 | Cash . . . . . . . . . . . . . . . . . | | | | |
| 2a | Trade notes and accounts receivable . . . . . | | | | |
| b | Less allowance for bad debts . . . . . . . . | | 0 | | 0 |
| 3 | Inventories . . . . . . . . . . . . . . . | | | | |
| 4 | U.S. government obligations . . . . . . . . . | | | | |
| 5 | Tax-exempt securities (see instructions) . . . . | | | | |
| 6 | Other current assets (attach statement) . . . . | | | | |
| 7 | Loans to shareholders . . . . . . . . . . . | | | | |
| 8 | Mortgage and real estate loans . . . . . . . | | | | |
| 9 | Other investments (attach statement) . . . . . | | | | |
| 10a | Buildings and other depreciable assets . . . . | | | | |
| b | Less accumulated depreciation . . . . . . . | | 0 | | 0 |
| 11a | Depletable assets . . . . . . . . . . . . | | | | |
| b | Less accumulated depletion . . . . . . . . | | 0 | | 0 |
| 12 | Land (net of any amortization) . . . . . . . . | | | | |
| 13a | Intangible assets (amortizable only) . . . . . . | | | | |
| b | Less accumulated amortization . . . . . . . | | 0 | | 0 |
| 14 | Other assets (attach statement) . . . . . . . | | | | |
| 15 | Total assets . . . . . . . . . . . . . . | | 0 | | 0 |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable . . . . . . . . . . . . | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year . . . | | | | |
| 18 | Other current liabilities (attach statement) . . . . | | | | |
| 19 | Loans from shareholders . . . . . . . . . . | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more . . . . | | | | |
| 21 | Other liabilities (attach statement) . . . . . . | | | | |
| 22 | Capital stock . . . . . . . . . . . . . . | | | | |
| 23 | Additional paid-in capital . . . . . . . . . . | | | | |
| 24 | Retained earnings . . . . . . . . . . . . | | | | |
| 25 | Adjustments to shareholders' equity (attach statement) . . | | | | |
| 26 | Less cost of treasury stock . . . . . . . . . | | | | |
| 27 | Total liabilities and shareholders' equity . . . . | | 0 | | 0 |

Form **1120S** (2018)

| | **Schedule M-1** | **Reconciliation of Income (Loss) per Books With Income (Loss) per Return** | |
|---|---|---|---|

**Note:** The corporation may be required to file Schedule M-3 (see instructions)

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Net income (loss) per books . . . . . . . | | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize) _____ | | a | Tax-exempt interest    $ _____ | | 0 |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 14p (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 12 and 14p, not charged against book income this year (itemize): Depreciation    $ _____ | | |
| a | Depreciation    $ _____ | | a | _____ | | 0 |
| b | Travel and entertainment    $ _____ | | 7 | Add lines 5 and 6  . . . . . . . . . . . | | 0 |
| | _____ | 0 | 8 | Income (loss) (Schedule K, line 18). Line | | |
| 4 | Add lines 1 through 3  . . . . . . . . . . | 0 | | 4 less line 7  . . . . . . . . . . . . . | | 0 |

| | **Schedule M-2** | **Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account** (see instructions) |
|---|---|---|

| | | (a) Accumulated adjustments account | (b) Shareholders' undistributed taxable income previously taxed | (c) Accumulated earnings and profits | (d) Other adjustments account |
|---|---|---|---|---|---|
| 1 | Balance at beginning of tax year  . . . . . . | 1,059,720 | | | |
| 2 | Ordinary income from page 1, line 21 . . . . | | | | |
| 3 | Other additions  . . . . . . . . . . . . | | | | |
| 4 | Loss from page 1, line 21  . . . . . . . . | -230,719 | | | |
| 5 | Other reductions  . . . . . . . . . . . . | | | | |
| 6 | Combine lines 1 through 5  . . . . . . . . | 829,001 | 0 | 0 | 0 |
| 7 | Distributions  . . . . . . . . . . . . . | | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 . . . . . . . . . . . . . . | 829,001 | 0 | 0 | 0 |

Form **1120S** (2018)

| | Final K-1 | | Amended K-1 | OMB No. 1545-0123 |
|---|---|---|---|---|

**Schedule K-1**
**(Form 1120S)**
2018
Department of the Treasury
Internal Revenue Service    For calendar year 2018, or tax year

beginning [          ]    ending [          ]

**Shareholder's Share of Income, Deductions,**
**Credits, etc.**    ▶ See back of form and separate instructions.

| **Part I** | **Information About the Corporation** |
|---|---|

**A** Corporation's employer identification number
46-1319998

**B** Corporation's name, address, city, state, and ZIP code

OHIO RIVER LABORATORIES LLC
14626 BRADFORD COLONY DR
HOUSTON, TX 77084

**C** IRS Center where corporation filed return
e-file

| **Part II** | **Information About the Shareholder** |
|---|---|

**D** Shareholder's identifying number    Shareholder: 1

**E** Shareholder's name, address, city, state, and ZIP code

MITALI U SHAH
14626 BRADFORD COLONY
HOUSTON, TX 77084

**F** Shareholder's percentage of stock
ownership for tax year . . . . . . . . . . .    50.000000%

For IRS Use Only

| **Part III** | **Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items** | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) -115,359 | 13 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items |
| | | | |
| | | | |
| | | | |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis |
| 12 | Other deductions | | |
| | | | |
| | | | |
| | | | |
| | | 17 | Other information |
| | | | |
| | | | |
| | | | |
| | * See attached statement for additional information. | | |

671117

| | | Final K-1 | | Amended K-1 | | OMB No. 1545-0123 |

## Schedule K-1 (Form 1120S)

2018

Department of the Treasury
Internal Revenue Service

For calendar year 2018, or tax year

beginning _____ ending _____

**Shareholder's Share of Income, Deductions, Credits, etc.** ► See back of form and separate instructions.

### Part I   Information About the Corporation

A  Corporation's employer identification number
46-1319998

B  Corporation's name, address, city, state, and ZIP code

OHIO RIVER LABORATORIES LLC
14626 BRADFORD COLONY DR
HOUSTON, TX 77084

C  IRS Center where corporation filed return
e-file

### Part II   Information About the Shareholder

D  Shareholder's identifying number            Shareholder: 2

E  Shareholder's name, address, city, state, and ZIP code

LEENA SHAH
14626 BRADFORD COLONY
HOUSTON, TX 77084

F  Shareholder's percentage of stock
ownership for tax year . . . . . . . . . . .        50.000000%

For IRS Use Only

### Part III   Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | | |
|---|---|---|---|---|
| 1 | Ordinary business income (loss) -115,360 | 13 | Credits | |
| 2 | Net rental real estate income (loss) | | | |
| 3 | Other net rental income (loss) | | | |
| 4 | Interest income | | | |
| 5a | Ordinary dividends | | | |
| 5b | Qualified dividends | 14 | Foreign transactions | |
| 6 | Royalties | | | |
| 7 | Net short-term capital gain (loss) | | | |
| 8a | Net long-term capital gain (loss) | | | |
| 8b | Collectibles (28%) gain (loss) | | | |
| 8c | Unrecaptured section 1250 gain | | | |
| 9 | Net section 1231 gain (loss) | | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items | |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis | |
| 12 | Other deductions | | | |
| | | 17 | Other information | |

\* See attached statement for additional information.

For Paperwork Reduction Act Notice, see the Instructions for Form 1120S.      www.irs.gov/Form1120S      Schedule K-1 (Form 1120S) 2018
HTA

Form **1125-A**
(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

## Cost of Goods Sold

▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.
▶ Go to *www.irs.gov/Form1125A* for the latest information.

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| OHIO RIVER LABORATORIES LLC | 46-1319998 |

| | | | | |
|---|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | | |
| 2 | Purchases | 2 | | |
| 3 | Cost of labor | 3 | | |
| 4 | Additional section 263A costs (attach schedule) | 4 | | |
| 5 | Other costs (attach schedule) | 5 | | |
| 6 | **Total.** Add lines 1 through 5 | 6 | 0 | |
| 7 | Inventory at end of year | 7 | | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 8 | 0 | |

**9 a** Check all methods used for valuing closing inventory:

    *(i)* ☐ Cost

    *(ii)* ☐ Lower of cost or market

    *(iii)* ☐ Other (Specify method used and attach explanation.) ▶ _____

  **b** Check if there was a writedown of subnormal goods . . . . . . . . . . . . . . . . . . ▶ ☐

  **c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) . . . . . . . . ▶ ☐

  **d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO . . . . . . . . . . . . . . . . . . . . . . . . . . . | **9d** |

  **e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions . . ☐ Yes ☐ No

  **f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

| Form **4797** | **Sales of Business Property** (Also Involuntary Conversions and Recapture Amounts Under Sections 179 and 280F(b)(2)) ▶ Attach to your tax return. | OMB No. 1545-0184 **2018** |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ▶ Go to *www.irs.gov/Form4797* for instructions and the latest information. | Attachment Sequence No. **27** |

Name(s) shown on return
OHIO RIVER LABORATORIES LLC

Identifying number
46-1319998

**1** Enter the gross proceeds from sales or exchanges reported to you for 2018 on Form(s) 1099-B or 1099-S (or substitute statement) that you are including on line 2, 10, or 20. See instructions . . . . . . . . . . . . . . . . | **1**

## Part I  Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft—Most Property Held More Than 1 Year (see instructions)

| **2** | (a) Description of property | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) Gain or (loss) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|---|
| | | | | | | | 0 |
| | | | | | | | 0 |
| | | | | | | | 0 |

| | | | |
|---|---|---|---|
| **3** | Gain, if any, from Form 4684, line 39 . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | |
| **4** | Section 1231 gain from installment sales from Form 6252, line 26 or 37 . . . . . . . . . . . . . . | **4** | |
| **5** | Section 1231 gain or (loss) from like-kind exchanges from Form 8824 . . . . . . . . . . . . . . | **5** | |
| **6** | Gain, if any, from line 32, from other than casualty or theft . . . . . . . . . . . . . . . . . . | **6** | |
| **7** | Combine lines 2 through 6. Enter the gain or (loss) here and on the appropriate line as follows . . . . . . . . . | **7** | 0 |

Partnerships and S corporations. Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 10, or Form 1120S, Schedule K, line 9. Skip lines 8, 9, 11, and 12 below.

Individuals, partners, S corporation shareholders, and all others. If line 7 is zero or a loss, enter the amount from line 7 on line 11 below and skip lines 8 and 9. If line 7 is a gain and you didn't have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain from line 7 as a long-term capital gain on the Schedule D filed with your return and skip lines 8, 9, 11, and 12 below.

| | | | |
|---|---|---|---|
| **8** | Nonrecaptured net section 1231 losses from prior years. See instructions . . . . . . . . . . . . . | **8** | |
| **9** | Subtract line 8 from line 7. If zero or less, enter -0-. If line 9 is zero, enter the gain from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below and enter the gain from line 9 as a long-term capital gain on the Schedule D filed with your return. See instructions . . . . . . . . . . . . . . | **9** | 0 |

## Part II  Ordinary Gains and Losses (see instructions)

**10** Ordinary gains and losses not included on lines 11 through 16 (include property held 1 year or less):

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | 0 |
| | | | | | | | 0 |
| | | | | | | | 0 |

| | | | |
|---|---|---|---|
| **11** | Loss, if any, from line 7 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **11** | ( ) |
| **12** | Gain, if any, from line 7 or amount from line 8, if applicable . . . . . . . . . . . . . . . . . . | **12** | |
| **13** | Gain, if any, from line 31 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **13** | |
| **14** | Net gain or (loss) from Form 4684, lines 31 and 38a . . . . . . . . . . . . . . . . . . . . . | **14** | |
| **15** | Ordinary gain from installment sales from Form 6252, line 25 or 36 . . . . . . . . . . . . . . . | **15** | |
| **16** | Ordinary gain or (loss) from like-kind exchanges from Form 8824 . . . . . . . . . . . . . . . . | **16** | |
| **17** | Combine lines 10 through 16 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **17** | 0 |
| **18** | For all except individual returns, enter the amount from line 17 on the appropriate line of your return and skip lines a and b below. For individual returns, complete lines a and b below. | | |
| **a** | If the loss on line 11 includes a loss from Form 4684, line 35, column (b)(ii), enter that part of the loss here. Enter the loss from income-producing property on Schedule A (Form 1040), line 16. (Do not include any loss on property used as an employee.) Identify as from "Form 4797, line 18a." See instructions . . . . . . . . . . . . . . . . . . . . . | **18a** | |
| **b** | Redetermine the gain or (loss) on line 17 excluding the loss, if any, on line 18a. Enter here and on Schedule 1 (Form 1040), line 14 | **18b** | 0 |

For Paperwork Reduction Act Notice, see separate instructions.

HTA

Form **4797** (2018)

| Form **4562** | | **Depreciation and Amortization** | | OMB No. 1545-0172 |
|---|---|---|---|---|
| | | **(Including Information on Listed Property)** | | **2018** |
| Department of the Treasury Internal Revenue Service (99) | | ▶ Attach to your tax return. ▶ Go to *www.irs.gov/Form4562* for instructions and the latest information. | | Attachment Sequence No. **179** |

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| OHIO RIVER LABORATORIES LLC | 1120S - MEDICAL LABORATORIES | 46-1319998 |

**Part I** **Election To Expense Certain Property Under Section 179**
**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | | |
|---|---|---|---|---|
| 1 | Maximum amount (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1** | |
| 2 | Total cost of section 179 property placed in service (see instructions) . . . . . . . . . . . . . . . | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) . . . . . . . . . . | **3** | |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- . . . . . . . . . . . . . . | **4** | 0 |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **5** | 0 |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | | |
|---|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 . . . . . . . . . . . . . . . . . | **7** | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 . . . . . . . . . . . | **8** | 0 |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 . . . . . . . . . . . . . . . . . . . . . | **9** | 0 |
| 10 | Carryover of disallowed deduction from line 13 of your 2017 Form 4562 . . . . . . . . . . . . . . . . | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions . . . . | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 . . . . . . . . . . | **12** | 0 |
| 13 | Carryover of disallowed deduction to 2019. Add lines 9 and 10, less line 12 . . . . . . . . . ▶ | **13** | 0 | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

**Part II** **Special Depreciation Allowance and Other Depreciation (Don't include listed property. See instructions.)**

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **14** | |
| 15 | Property subject to section 168(f)(1) election . . . . . . . . . . . . . . . . . . . . . . . . . | **15** | |
| 16 | Other depreciation (including ACRS) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **16** | |

**Part III** **MACRS Depreciation (Don't include listed property. See instructions.)**

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2018 . . . . . . . . . . . . | **17** | 100,468 |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐ | | |

**Section B - Assets Placed in Service During 2018 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only—see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19 a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs. | | S/L | |
| h Residential rental property | | | 27.5 yrs. 27.5 yrs. | MM MM | S/L S/L | |
| i Nonresidential real property | | | 39 yrs. | MM MM | S/L S/L | |

**Section C - Assets Placed in Service During 2018 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs. | | S/L | |
| c 30-year | | | 30 yrs. | MM | S/L | |
| d 40-year | | | 40 yrs. | MM | S/L | |

**Part IV** **Summary** (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 . . . . . . . . . . . . . . . . . . . . . . . . . . . | **21** | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instructions . . . . . . | **22** | 100,468 |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs . . . . . . . . . . . . . . . . . . | **23** | |